**IN THE UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELOISE LEWIS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SECOND ALLIANCE, INC.,<br><br>　　　　Defendant.. | Case No.: **CV09-8150-RZ**<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 2, 2010

_____
The Honorable Judge
United States Magistrate Judge

1